UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **HAROLD FREE #602459** | **CIVIL ACTION NO. 21-1642 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **JEFF LANDRY** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge (R. Doc. 18), noting the absence of an objection, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (R. Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 5th day of March, 2024.

*[signature]*

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**